IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN S. GREEN,

    Plaintiff,

vs.                                  CASE NO. 5:06cv159/RS

DR. E. M. SALVADOR,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice as malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i) because of plaintiff's abuse of judicial process.

3. The clerk is directed to close the file.

ORDERED on September 7, 2006.

                                                  /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**